473 A.2d 673

Commonwealth v. Taylor, Appellant.

Submitted November 28, 1983. Douglas M. Johnson, Public Defender, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed on the comprehensive opinion of the Honorable Louis D. Stefan, Judge, Court of Common Pleas, Montgomery County.